|  |  |
|---|---|
| | **FILED**<br>February 21, 2025<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AKASH KUMAR SINGH,

    Defendant.

Case No. 2:25-cr-00038-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  AKASH KUMAR SINGH, Case No. 2:25-cr-00038-DJC , Charge 18 U.S.C. § 1344, from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    __X__ Bail Posted in the Sum of $ 200,000.00.

        \_\_\_\_\_ Unsecured Appearance Bond $ _____

        \_\_\_\_\_ Appearance Bond with 10% Deposit

        __X__ Appearance Bond with Surety

        \_\_\_\_\_ Corporate Surety Bail Bond

        \_\_\_\_\_ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a __X__ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on February 21, 2025 at 2:52 p.m.

By: _/s/ Jeremy Peterson_

Magistrate Judge Jeremy D. Peterson