MICHELE BECKWITH
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00038-DJC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| AKASH KUMAR SINGH, | DATE: June 12, 2025 |
| | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Akash Kumar Singh, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 12, 2025.

2. By this stipulation, the defendant now moves to continue the status conference until August 28, 2025, at 9:00 a.m., and to exclude time between June 12, 2025, and August 28, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 8,300 pages of documents and records, as well as video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for the defendant desires additional time to review the current charges, conduct investigation and research related to the charges, review and copy produced discovery, discuss potential resolutions with his client, and otherwise prepare for trial.

c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 12, 2025, to August 28, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 9, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: June 9, 2025

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
AKASH KUMAR SINGH

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

**ORDER**

IT IS SO FOUND AND ORDERED this 9th day of June, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE