HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
AKASH SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-CR-0038-DJC |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE |
| AKASH SINGH, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michelle Beckwith, through Assistant United States Attorney Samuel Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Douglas Beevers, counsel for Mr. Singh, that Mr. Singh be temporarily granted control of his legal permanent resident card and that Mr. Singh be permitted to travel to New Jersey to his business headquarters to meet with a client on July 14, 2025.

Mr. Singh has been compliant with all the conditions of the Special Conditions of Release filed on February 26, 2025 (ECF 19). Mr. Singh now requests that Conditions 5 and 6 be modified to allow Mr. Singh to travel to attend his client meeting. All other conditions will remain in place. Pretrial Services has no objections to this amendment.

//

//

1 | Dated:  July 11, 2025
2 |               HEATHER E. WILLIAMS
              Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
AKASH SINGH

Dated:  July 11, 2025

MICHELLE BECKWITH
Acting United States Attorney

*/s/ Samuel Stefanki*
SAMUEL STEFANKI
Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

Dated: July 11, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE