HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
AKASH SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:25-cr-00038-DJC-1 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | Judge: Hon. Daniel J. Calabretta |
| AKASH SINGH, ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Samuel Stefanki, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for AKASH SINGH, that the status conference scheduled for August 28, 2025, at 9:00 a.m., be vacated and the matter continued to September 11, 2025, at 9:00 a.m.

Defense counsel requests the additional time to review evidence related to the forfeiture of the residence which is addressed in the proposed plea agreement.  The government has no objection to the requested continuance.

For the purpose of computing time under 18 U.S.C. § 3161 et seq. (Speedy Trial Act), the parties request that the time period between August 28, 2025 and September 11, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding

1  that the ends of justice served by granting the continuance outweighs the best interest of the

2  public and Mr. Singh in a speedy trial.

3

4  DATED: August 21, 2025                    Respectfully submitted,

5                                            HEATHER E. WILLIAMS
6                                            Federal Defender

7                                            /s/ Douglas J. Beevers
                                             DOUGLAS J. BEEVERS
8                                            Assistant Federal Defender
                                             Attorney for AKASH SINGH
9

10  DATED: August 21, 2025                   ERIC GRANT
                                             United States Attorney
11
                                             /s/ Samuel Stefanki
12                                           SAMUEL STEFANKI
                                             Assistant United States Attorney
13                                           Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>O R D E R</u>**

2

       IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3

stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its

4

order.

5

6

Dated:  August 21, 2025           /s/ Daniel J. Calabretta

7

                                   THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28