HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
AKASH SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:25-CR-0038-DJC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| vs. | ) | |
| AKASH SINGH, | ) | Date: May 22, 2025 |
| Defendant. | ) | Time: 9:00 a.m. |
|  | ) | Judge: Daniel J. Calabretta |

IT IS HEREBY STIPULATED and agreed by and between Eric Grant, United States Attorney, through Assistant United States Samuel Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Assistant Federal Defender Douglas Beevers, attorney for Akash Singh, that the status conference, currently scheduled for September 11, 2025, be continued one week to September 18, 2025 at 9:00 a.m.

Defense counsel requests the additional time to tend to a family medical appointment. Counsel for the government has no objection to the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including September 18, 2025; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

-1-

|     |     |
| --- | --- |
| 1   | Respectfully submitted, |
| 2   |     |
| 3   | Dated:  September 2, 2025    HEATHER E. WILLIAMS<br>Federal Defender |
| 4   |     |
| 5   | /s/ Douglas Beevers<br>DOUGLAS BEEVERS |
| 6   | Assistant Federal Defender<br>Attorney for Defendant |
| 7   | AKASH SINGH |
| 8   | Dated:  September 2, 2025 |
| 9   | ERIC GRANT<br>United States Attorney |
| 10  | /s/ Samuel Stefanki<br>SAMUEL STEFANKI |
| 11  | Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

Dated: September 2, 2025                         /s/ Daniel J. Calabretta
                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                 UNITED STATES DISTRICT JUDGE