UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AKASH KUMAR SINGH,<br><br>　　Defendant. | Case No.:　2:25-cr-00038-DJC<br><br>**ORDER RE REGARDING PARTIES' STIPULATION TO CONTINUE STATUS CONFERENCE** |

　　　Based on the pending stipulation of the parties and good cause appearing therefore, the Court finds:

　　　1. Defense Counsel Johnson was made counsel of record on September 17, 2025.

　　　2. Discovery provided by the Government on September 18, 2025, is voluminous, including thousands of pages and audio interviews, and counsel requires additional time to receive, review, and process this discovery.

　　　3. The continuance requested is not sought for the purposes of delay, but to allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

　　　4. Defendant Singh is out custody, has been advised of this stipulation, and does not object to the requested continuance.

　　　5. This is the first request for a continuance in this matter by Defense Counsel Johnson.

1

6. The additional time requested by this stipulation (from November 13, 2025 through January 8, 2026, inclusive) is excludable in computing the time within which the trial of the captioned matter must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) [Local Code T4].

For these reasons, the ends of justice would be best served by a continuance.

The ends of justice served by granting the requested continuance outweigh the interest of the defendant and of the public in a speedy trial in that a failure to grant the continuance would be likely to result in a miscarriage of justice, deny the defendant sufficient time and opportunity to prepare for trial, taking into account the exercise of due diligence.

The continuance is excludable in computing the time within which the trial of the captioned matter must begin pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et seq., when considering the factors set out in 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

**IT IS HEREBY ORDERED THAT** the Status Conference in the above-captioned matter, currently scheduled for November 13, 2025, at 9:00 a.m. is hereby vacated and continued to January 8, 2026, at 9:00 AM, in Courtroom 7 before District Judge Daniel J. Calabretta and that the continuance is excludable in computing the time within which the trial of the captioned matter must begin pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et seq., when considering the factors set out in 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

Dated: November 10, 2025        /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE