Jennifer J Wirsching, SBN 263141

2600 West Olive Ave. 5th floor Burbank, CA 91505

wirschinglaw@outlook.com

424-901-9280

Attorney for Defendant
AKASH SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AKASH SINGH,<br><br>Defendant. | Case No. 2:25-CR-0038-DJC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Date: March 12, 2026<br>Time:  9:00 a.m.<br>Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Samuel Stefanki, counsel for Plaintiff, and Jennifer J Wirsching attorney for Akash Singh, that the status conference, currently scheduled for March 12, 2026, be continued to May 14, 2026 at 9:00 a.m.

Defense counsel requests additional time as defense counsel has just substituted in, and has yet to receive discovery in this matter. Counsel will need to review discovery and conduct investigation in this case. The parties believe a continuance to May 14, 2026 will permit defense counsel the additional time necessary to conduct pretrial investigation, identify and interview witnesses, obtain pertinent records, and finalize any further pre-plea negotiations.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 14, 2026;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

-1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:  March 2, 2026

*/s/ Jennifer Wirsching*
Jennifer J. Wirsching
Attorney for Defendant

MICHELLE BECKWITH
United States Attorney

*/s/ Samuel Stefanki*

Dated:  March 2, 2026

SAMUEL STEFANKI
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 14, 2026 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the March 12, 2026 status conference shall be continued until May 14, 2026, at 9:00 a.m.

Dated:  March 2, 2026

_____
HON. DANIEL J. CALABRETTA
United States District Court Judge

-3-