Jennifer J Wirsching, SBN 263141
2600 West Olive Ave. 5th floor Burbank, CA 91505
wirschinglaw@outlook.com
424-901-9280

Attorney for Defendant
AKASH SINGH

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:    2:25-cr-00038-DJC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| AKASH SINGH, | |
| Defendant. | Date: May 14, 2026 |
| | Time: 9:00 a.m. |
| | Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.  The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

////

////

////

////

1

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME

The Court orders the time from the date the parties stipulated, up to and including August 20, 2026 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).  It is further ordered the May 14, 2026 status conference shall be continued until August 20, 2026, at 9:00 a.m.

Dated:  May 8, 2026                                              /s/ Daniel J. Calabretta
                                                                THE HONORABLE DANIEL J. CALABRETTA
                                                                UNITED STATES DISTRICT JUDGE

2

ORDER