JENNIFER J. WIRSCHING 263141
2600 West Olive Ave. 5th floor Burbank, CA 91505
424-901-9280
wirschinglaw@outlook.com

Attorney for Defendant
AKASH SINGH

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

AKASH SINGH,

Defendant.

Case No.: 2:25-CR-00038-DJC

**ORDER CONTINUING STATUS CONFERENCE, SET FOR CHANGE OF PLEA, AND EXCLUDE TIME**

**Date: August 20, 2025**
**Time: 9:00 a.m.**

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to continue the status hearing and set a change of plea hearing in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and deny the defendant continuity of counsel. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 3, 2026, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the August 20, 2026 status conference shall be continued until December 3, 2026 and set for change of plea at 9:00 a.m.

Dated: August 21, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE